

FILED

JAN 22 2021

Clerk, U.S. District Court
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY**

Raasikh "last name of robertson "
Private party

Vs

Kendra Ross
Private party

Cheryl Ross
Private party

CASE# 2:21-CV-02014-KHV-TJJ
2:19-cv-02091-DDC-TJJ
2:21-cv-02013
2:21-cv-02011
2:21-cv-02012
FICTITIOUS NUMBER(S)

## ATTORNEY CHRISTOPHER S. DOVE LACKS STANDING

I, RAASIKH "last name robertson" state that ATTORNEY CHRISTOPHER S. DOVE LACKS STANDING as he is not a party named in the original claim filed in the county court in Kansas City and has no entry of appearance filed in.

As this deal is a breach of contract between two non Corporations nor are dead entities "But" who both live on the land and, not under the land or, in the land, and

As this is a private contract breach injury is not a Corporation issue ATTORNEY CHRISTOPHER S. DOVE LACKS STANDING to address common law claims unless he can provide medical documents to prove Kendra Ross or Cheryl Ross are incompetent, Wards of the State or an infant or a minor who needs an administrator to handle their affairs.

Under ATTORNEY CHRISTOPHER S. DOVE' oath not only as a Bar member but to his admission to practice in the federal court perjury is still a crime under 18 USC 4 Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, "Terms Used In 18 USC 4 Felony: A crime carrying a penalty of more than a year in prison. United States:

as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone. See 18 USC 5"

Any attempt to run a false misleading claim violates 18 USC 1346 Definition of "scheme or artifice to defraud" For the purposes of this chapter, the term "<u>scheme or artifice to defraud</u>" includes a scheme or artifice to deprive another of the intangible right of honest services.

This is perjury and perjury is contempt of court as ATTORNEY CHRISTOPHER S. DOVE is under a sworn oath.

I move to have ATTORNEY CHRISTOPHER S. DOVE' filing stricken and this case put back in the proper jurisdiction and the fact Kendra Ross has defaulted over the 30 day time limit his filing is a moot point.

The foundation as defined in the original filing for this party's claim shows that I (1) suffered an injury as defined in the below case law (2) that I can provide and show evidence of the breach of contract of Kendra Ross in which I sustained a traceable injury and (3) if this party had been given a fair hearing or the right to address the issue in a default hearing; the facts dictate that this party would have prevailed.

This Party will now address standing and point to the following case law:

> Larkin and Sandri vs. FINANCE SYSTEM OF GREEN BAY, INC.
> To establish standing, a plaintiff has the burden to estab-lish that he has "(1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial ruling."
> The concreteness requirement can be trickier. "A concrete injury must be de facto; that is, it must actually exist." A concrete injury is one that is "real, ... not abstract." Id.
> But "concrete" does not necessarily mean "tangible." Both tangible and intangi-ble harms can satisfy the concreteness requirement, although tangible injuries—e.g., physical harms and monetary loss-es—are "easier to recognize." Id. at 1549.

In the original complaint I showed monetary loss, loss of medical, loss home and number of other things that shows this concrete and not intangible, but actual loss due to Kendra Ross' actions.

"Article III standing requires a concrete injury even in the context of a statutory violation." Id. So, for example, when a plaintiff sues for "a bare procedural violation" of a statute and has not alleged a concrete personal injury from the violation, he has not satisfied the injury-in-fact requirement of Article III. Id.

## CONCLUSION

ATTORNEY CHRISTOPHER S. DOVE lacks standing as he cannot show any tangible or concrete injuries when his client Kendra Ross and Cheryl Ross received full benefits such as housing, medical, schooling and a number of necessities to provide them with the means to sustain life and had this party been allowed to address the fraudulent case numbers above and not been defined by the court as a **non-party** and **non-defendant** and if the power of attorney had been given to one of the members we would not be here today addressing this misconduct.

If this party (and other parties) that is involved in bringing a private injury claim on behalf of myself (and on others behalf) been allowed to address the lies, misrepresentation and the misleading of information given in the above fraudulent case numbers and been able to testify to these points, once again, I would not be here today making this claim.

For this reason ATTORNEY CHRISTOPHER S. DOVE lacks standing to address any issue in this court.

ATTORNEY CHRISTOPHER S. DOVE is trying to circumvent and obstruct justice by preventing myself from retaining substantial injury caused by his client Kendra Ross.


_____Date 1/22/2021
Raasikh "last name of robertson"
2111 N. 10th Street
Kansas City, KS [66104]

## CERTIFICATE OF SERVICE

I, RAASIKH, "last name of robertson" certify that on  January 22nd, 2021 I sent a true copy of this filing to Cheryl Ross, Kendra Ross and all other relevant parties involved at the addresses listed below via first class mail, postage prepaid:


_Raasikh Robertson_____Date 1/22/2021
Raasikh "last name of robertson "
2111 N. 10th Street
Kansas City, KS [66104]


Cc

Attorney Christopher S. Dove
DRZ Law –Leawood
8700 State Line Road Suite 305
Leadwood, Kansas 66206


Cheryl Ross
Private Individual
3547 Spottswood Ave.
Memphis TN 38111