**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY**



FILED
JAN 22 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

Raasikh "last name of robertson"
Private party

Vs

Kendra Ross
Private party

Cheryl Ross
Private party

CASE# 2:21-CV-02014-KHV-TJJ
2:19-cv-02091-DDC-TJJ
2:21-cv-02013
2:21-cv-02011
2:21-cv-02012
FICTITIOUS NUMBER(S)

## OBJECTION TO ATTORNEY CHRISTOPHER S. DOVE AS A MOOT POINT

I, RAASIKH "last name robertson" state that any filing once past the 30 days on the summons now becomes a moot point and has no foundation in law as per FRCP Rule 55,

A default motion has been filed against Kendra Ross and Cheryl Ross and both were given an additional 30 days over the required 30 day standard as per the summons and by the courtrules.

ATTORNEY CHRISTOPHER S. DOVE is trying to circumvent the rules by moving this to federal court to then file for a 12(b)(6) or some other form of a dismissal after he placed a false misleading filing and misusing his Bar membership to gain partisan favoritism by this federal court to cover up for other bar members.

If this party tried to do what ATTORNEY CHRISTOPHER S. DOVE is attempting this court would not give it a second thought to dismiss for lack of jurisdiction and that's what I expect this court to do. Dismiss for lack of jurisdiction and remand it back to the original court of jurisdiction as this is a common law private contract breach.

_Raasikh Robertson_ _____ Date 1/22/2021
Raasikh "last name of robertson"
2111 N. 10th Street
Kansas City, KS [66104]

## CERTIFICATE OF SERVICE

I RAASIKH, "last name of robertson" certify that on January 22nd, 2021 I sent a true copy of this filing to Cheryl Ross, Kendra Ross and all other relevant parties involved at the addresses listed below via first class mail, postage prepaid:

_____ Date 1/21/2021
Raasikh "last name of robertson"
2111 N. 10th Street
Kansas City, KS [66104]

Cc

Attorney Christopher S. Dove
DRZ Law –Leawood
8700 State Line Road Suite 305
Leadwood, Kansas 66206


Cheryl Ross
Private Individual
3547 Spottswood Ave.
Memphis TN 38111