UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY



FILED
JAN 22 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

Raasikh "last name of robertson"
Private party

Vs

Kendra Ross
Private party

Cheryl Ross
Private party

CASE# 2:21-CV-02014-KHV-TJJ
2:19-cv-02091-DDC-TJJ
2:21-cv-02013
2:21-cv-02011
2:21-cv-02012
FICTITIOUS NUMBER(S)

# OBJECTION TO ATTORNEY CHRISTOPHER S. DOVE UNETHICAL BEHAVIOUR TRANSFER AND WILLFUL VIOLATION OF 18 USC 1341 FRAUDS AND SWINDLES AND OBSTRUCTION OF JUSTICE AND WILLFUL FAILURE OF PROPER NOTICE

I, Raasikh "last name of robertson" file a protest and objection of unethical behavior of this unlawful transfer in order to defraud this party.

1. First point of order on 1/19/2021 this party contacted the clerk of the COUNTY COURT OF WYANDOTTE to see if the court date for 9am January 29th, 2021 is still a confirmed date; this party was told by the clerk it is still confirmed.

2. Foundation for the reason to confirm with the COUNTY COURT OF WYANDOTTE clerk of court office is because of a notice under a fraudulent case number and found as a new filing of removal from the county court to this federal court to which, I nor the WYANDOTTE COUNTY clerk was properly notified of the transfer when it was filed.

3. Pursuant to Rule 4 of FRCP there has been an improper service and improper notice given to this party under a fraudulent case number seeing that ATTORNEY CHRISTOPHER S. DOVE created a new case from the WYANDOTTE COUNTY court.

4. On the 20th of January this party received a notice of a dismissal based on the fraudulent case number(s) to which this party has not been a defendant of or been allowed to join.

5. I will point out it is unethical to remove a court case from a proper jurisdiction and venue Court; on ATTORNEY CHRISTOPHER S. DOVE' motion to give this district court subject matter jurisdiction in order to have it moved and then file a Motion to dismiss on grounds of no jurisdiction.
6. This constitutes fraud upon the court by ATTORNEY CHRISTOPHER S. DOVE,
    a. Willful violation of 18 USC 1341 frauds and swindles and,
    b. Willful violation of 1346 definition of scheme or artifice to defraud and,
    c. Willful violation of 18 USC 1621 Perjury generally and,
    d. Willful violation of 18 USC 1622 Subornation of perjury and,
    e. Willful violation of 18 USC 1001 Statements or entries generally and,
    f. Willful violation 18 U.S. Code § 1031 - Major fraud against the United States and,
    g. Willful violation 18 USC 1038. False information and hoaxes and,
    h. Willful violation 15 USC 1692e False or Misleading representation and,
    i. Willful violation 15 USC 1692f Unfair Practice and,
    j. Willful violation Rule 38 FRCP demand for Sanction.

7. Whereas ATTORNEY CHRISTOPHER S. DOVE is or should be familiar with the criminal resource manual CRM 500-999 then he is aware to attempt to execute this action to defraud is a crime.
8. Also ATTORNEY CHRISTOPHER S. DOVE having worked under the DOJ is also familiar with the ethic classes that the UNITED STATES ATTORNEY OFFICE gives to federal employees and warns the employee of penalties for bad behavior.
9. Also ATTORNEY CHRISTOPHER S. DOVE is or should be familiar with 18 USC 241 AND 242 to misuse his position, the clerk of court and this court in order to deny protected rights under the constitution and the laws of the united States is a willful violation.
10. Also ATTORNEY CHRISTOPHER S. DOVE is or should be familiar with the American Bar Association Rules of 8.4 misconduct; (c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation; (d) engage in conduct that is prejudicial to the administration of justice.
11. Willful violations of Rule 11 (see following case law):

i. Pavelic & LeFlore v. Marvel Entm't Group, 493 U.S. 120 (1989) — The Court adopted a literal reading of the 1983 version of the rule, holding that only the attorney actually signing a pleading, and not that attorney's law firm, may be sanctioned under Rule 11. The 1993 amendment overruled Pavelic by allowing courts to "sanction [ ] the attorneys, law firms, or parties that have violated subdivision (b) or are responsible for the violation."

Rule 11(c). The Court in Pavelic also noted that the primary purpose of Rule 11 is to deter frivolous filings, not to reimburse the innocent party.

ii. Cooter & Gell v. Hartmarx Corp., 496 U.S. 384 (1990) — The Court confirmed that Rule 11 is not a fee-shifting statute, and that its central purpose is to deter baseless filings. The Court held that a plaintiff's voluntary dismissal of a complaint does not deprive the district court of jurisdiction to award sanctions based on the frivolousness of the complaint. The Court also established that federal courts of appeal must apply an abuse of discretion standard in reviewing district court decisions under Rule 11. Finally, the Court held that Rule 11 does not apply to appellate proceedings; Rule 38 of the Federal Rules of Appellate Procedure must be invoked to obtain fees on appeal.

iii. Willy v. Coastal Corp., 503 U.S. 131 (1992) — The Court affirmed a ruling by the Fifth Circuit that the district court had authority to impose Rule 11 sanctions despite the fact that the case had been improperly removed to federal court and the district court, therefore, lacked subject-matter jurisdiction.

iv. (a) Sanctions Under These Rules, Fed. R. Civ. P. 11, and Other Rules and Statutes. (1) *On Court's Own Initiative*. The court, upon its own initiative, may issue an order to show cause why sanctions should not be imposed against a party and/or an attorney for violation of these rules, Fed. R. Civ. P. 11, 28 U.S.C. § 1927, or other provisions of the federal rules or statutes. The court will state the reasons for issuing the show cause order. Unless otherwise ordered, all parties may respond within 14 days after the filing of the order to show cause. The responses may include affidavits and documentary evidence as well as legal arguments.

v. When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason (see below). The Court in Yates v. United States; Any ruling made by a court in which there was a lack of subject matter jurisdiction is called a " void judgment ". The really big deal, the real issue in void judgments is SUBJECT MATTER JURISDICTION!!! Remember, subject matter can never be presumed, never be waived, and cannot be construed even by mutual consent of the parties.

12. For a public officer or anyone under a sworn oath to up hold the constitution and then, to willfully decide to cause an injury, with intent to violate Rule 11 and with intent to place a false misleading filing before a Court/Federal Court is in violation of Article III section 3 Treason; this is a crime.

13. ATTORNEY CHRISTOPHER S. DOVE being educated in the law and rules and having a class in ethics is aware of his misconduct when he moved this case from county court to this district court to claim it had jurisdiction and now claims no jurisdiction is in violation of Rule 11 and Rule 38.

## CONCLUSION

I, Raasikh "last name of robertson" state any dismissal requires this court case to be placed back into the original jurisdiction as Kendra Ross and Cheryl Ross have defaulted, and

If ATTORNEY CHRISTOPHER S DOVE was going to file any motion it had to be done within the 30 days, to wait until a default has been filed against Kendra Ross and Cheryl Ross in the County Court, then to commit fraud and ethic violations is a criminal act and a breach of his oath of office and oath of good behaviour.

A default motion has been filed against Kendra Ross and Cheryl Ross and both were given an *additional* 30 days over the required 30 days as stated on the summons and by the court rules.

If this district court is going to rule, then rule on the default in favor of this party as Kendra Ross and Cheryl Ross both have failed to comply to the summons and a hearing for a default was motioned for in the county court before it was moved here.

Either remand it back or set for a hearing for the default or this will be filed into a Court of Appeals.

_____Date 1/22/2021
Raasikh "last name of robertson"
2111 N. 10th Street
Kansas City, KS [66104]

## CERTIFICATE OF SERVICE

I RAASIKH, "last name of robertson" certify that on January 22nd, 2021 I sent a true copy of this filing to Cheryl Ross, Kendra Ross and all other relevant parties involved at the addresses listed below via first class mail, postage prepaid:

_____ Date 1/22/2021
Raasikh "last name of robertson"
2111 N. 10th Street
Kansas City, KS [66104]

Cc

Attorney Christopher S. Dove
DRZ Law –Leawood
8700 State Line Road Suite 305
Leadwood, Kansas 66206


Cheryl Ross
Private Individual
3547 Spottswood Ave.
Memphis TN 38111