FILED
United States Court of Appeals
Tenth Circuit

October 12, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RAASIKH ROBERTSON,

    Plaintiff - Appellant,

v.

KENDRA ROSS; CHERYL ROSS,

    Defendants - Appellees.

No. 21-3162
(D.C. No. 2:21-CV-02014-DDC-TJJ)
(D. Kan.)

_____

## ORDER
_____

This matter is before the court because Appellant Raasikh Robertson has not filed a memorandum brief addressing appellate jurisdiction in response to the court's September 13, 2021 order.

Accordingly, this appeal is dismissed for failure to prosecute pursuant to Tenth Circuit Rule 42.1.

A copy of this order shall stand as and for the mandate of this court.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk